ROBIN R. SCROGGIE  Telephone: (213) 620-9576
Attorney At Law  Facsimile:  (213) 620-5741
State Bar No. 117186  E-Mail: rscroggie@msn.com
865 South Figueroa Street
Suite 1388
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ALI KHALIL ELREDA, et. al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 07-1268 ODW (rn)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
NOTICE OF MOTION AND MOTION TO SUPPRESS WIRETAP EVIDENCE; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBIT

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Motion to suppress wiretap evidence.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 16, 2008                                          ROBIN R. SCROGGIE
Date                                                         Attorney Name

                                                             JUAN MANUEL GONZALEZ
                                                             Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                  NOTICE OF MANUAL FILING