# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 07-1268 ODW |
| Date | May 20, 2008 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Raymond Neal | Not reported | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6. JUAN MANUEL GONZALEZ | Not | | | Not present | | | |

**Proceedings (In chambers):** **Order Advancing Hearing on Defendant's Motion to Suppress Wiretap Evidence (Filed 5/19/08)**

The hearing on the above-referenced motion, presently scheduled for July 29, 2008 at 11:00 a.m., is hereby ADVANCED to **Monday, July 28, 2008 at 10:00 a.m.**

IT IS SO ORDERED.

_____ : 00

Initials of Deputy Clerk  RGN