# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 07-1268 ODW | Date August 26, 2009 |

Present: The Honorable OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Raymond Neal | Not reported | Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6. JUAN MANUEL GONZALEZ | Not | X | | Not present | | | |

**Proceedings (In chambers):   Order Deeming Defendant's Motion to Suppress [211] Moot**

On November 13, 2008 defendant entered a plea of guilty. Accordingly, defendant's pending Motion to Suppress [211] is deemed MOOT.

SO ORDERED

                                                                                                   : 00

Initials of Deputy Clerk   RGN